October 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

STATE OF TEXAS, Appellant

NO. 14-13-00426-CR                          V.

TOMMY LEE COUCH, Appellee

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.